IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMI SMITH,<br><br>         Plaintiff,<br><br>   v.<br><br>PRESIDIO NETWORKED SOLUTIONS, LLC,<br><br>         Defendant. | CIVIL ACTION<br>NO. 22-736 |

### ORDER

**AND NOW,** this 5th day of September 2024, upon consideration of Plaintiff Kami Smith's Motion to Alter Judgment to Include Court-Determined Economic Loss (Doc. No. 204), Defendant Presidio Networked Solutions, LLC's Response in Opposition (Doc. No. 214), Plaintiff's supplemental letter in support of her Motion (Doc. Nos. 220, 221), Defendant's letter response in opposition (Doc. No. 222) and the evidence presented and the arguments of counsel for the parties at the economic loss hearing held on August 28, 2024 (Doc. No. 219), it is **ORDERED** that Plaintiff's Motion to Alter Judgment to Include Court-Determined Economic Loss (Doc. No. 204) is **DENIED**.

                                        BY THE COURT:


                                        /s/ Joel H. Slomsky_____
                                        JOEL H. SLOMSKY, J.