IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMI SMITH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRESIDIO NETWORKED SOLUTIONS, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 22-736 |

### ORDER

**AND NOW,** this 5th day of September 2024, upon consideration of Plaintiff Kami Smith's Petition for Attorneys' Fees and Costs (Doc. No. 215), Defendant Presidio Networked Solutions, LLC's Response in Opposition (Doc. No. 216), Plaintiff's supplemental letter in support of her Petition (Doc. Nos. 220, 221), Defendant's letter response in opposition (Doc. No. 222) and the arguments of counsel for the parties at the economic loss hearing held on August 28, 2024 (Doc. No. 219), it is **ORDERED** that Plaintiff Kami Smith's Petition for Attorneys' Fees and Costs (Doc. No. 215) is **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiff's Request for $762,687.50 in Attorneys' Fees is **DENIED**.

2. Plaintiff's Request for $89,034.25 in Costs is **GRANTED** in part and **DENIED** in part. Plaintiff is awarded $26,693.43 in costs. Plaintiff's request for an additional $62,340.82 in costs is denied.

3. The Clerk of Court shall close the above-captioned case.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky_____
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.